**People of the State of Illinois, Appellee, v. Fred Smith, Appellant.**

Gen. No. 51,120.

First District, Fourth Division.

June 30, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (James J. Doherty, Assistant Public Defender, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Thomas M. Burnham, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE McCORMICK. Not to be published in full.